# EXHIBIT A

**Placeholder for Digital Video EXHIBIT A, provided as a digital file**