Kenneth A. Okazaki (USB #3844)
Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
kokazaki@joneswaldo.com
nthomas@joneswaldo.com
ebutler@joneswaldo.com

Lynn E. Calkins (*pro hac vice*)
Christine Walz (*pro hac vice*)
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone:  (202) 955-3000
lynn.calkins@hklaw.com
christine.walz@hklaw.com

*Attorneys for Defendants Xlear, Inc. and Nathan Jones*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XLEAR, INC., a corporation, and NATHAN JONES, individually and as an officer of XLEAR, INC.,<br><br>Defendants. | **JURY DEMAND**<br><br>Case No. 2:21-cv-00640-RJS<br><br>Chief Judge Robert J. Shelby |

Defendants Xlear, Inc. and Nathan Jones, by and through counsel, and pursuant to Rule 38 of the Federal Rules of Civil Procedure, hereby demand trial by jury in this action of all issues so triable.

1

1778003.2

DATED this 30th day of December, 2021.

           Respectfully submitted,

           By: */s/ Nathan D. Thomas*
           Kenneth A. Okazaki (USB 3844)
           Nathan D. Thomas (USB 11965)
           Elizabeth M. Butler (USB 13658)
           JONES WALDO HOLBROOK & McDONOUGH PC
           170 South Main Street, Suite 1500
           Salt Lake City, Utah 84101
           Telephone: (801) 521-3200
           kokazaki@joneswaldo.com
           nthomas@joneswaldo.com
           ebutler@joneswaldo.com
           *Attorney for Defendants Xlear, Inc. and Nathan Jones*


           By: */s/ Lynn E. Calkins*
           Lynn E. Calkins (*pro hac vice*)
           Christine Walz (*pro hac vice*)
           HOLLAND & KNIGHT LLP
           800 17th Street, N.W., Suite 1100
           Washington, D.C. 20006
           Telephone: (202) 955-3000
           lynn.calkins@hklaw.com
           christine.walz@hklaw.com
           *Attorney for Defendants Xlear, Inc. and Nathan Jones*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of December, 2021, that a true and correct copy of the foregoing **JURY DEMAND** has been filed with the Clerk of Court, using the CM/ECF system to deliver a true and correct copy of the foregoing to the following:

>Andrea T. Martinez, Acting Assistant Attorney General
>Joel A. Ferre, Assistant United States Attorney
>Office of the United States Attorney
>111 S. Main St., Suite 1800
>Salt Lake City, UT 84111
>joel.ferre@usdog.gov
>
>Noah T. Katzen, Trial Attorney
>Alisha M. Crovetto, Trial Attorney
>Consumer Protection Branch
>Civil Division
>United States Department of Justice
>Office of Consumer Litigation
>Civil Division
>United States Department of Justice
>450 5th Street, NW
>6th Floor, South
>Washington, DC 20001
>noah.t.katzen@usdoj.gov
>alisha.m.crovetto@usdoj.gov

*/s/ Nathan D. Thomas*