# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>XLEAR, INC., a corporation and NATHAN JONES, individually and as an officer of XLEAR, INC.,<br><br>  Defendants. | **ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER, AND AMENDED SCHEDULING ORDER**<br><br>Case No. 2:21-cv-00640-RSJ-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

The Court, having received the Parties Joint Motion to Amend Scheduling Order (ECF No. 167), being duly advised and upon good cause shown, hereby GRANTS the Motion, and hereby enters the following limited amendment to the scheduling order:

| Event | Deadline |
|---|---|
| Expert Designations / Reports | Defendants: January 24, 2025<br><br>Plaintiff/Rebuttal: March 10, 2025 |
| Close of Expert Discovery | May 2, 2025 |
| Dispositive Motions | July 14, 2025 |
| Motions to Exclude Expert Testimony | July 17, 2025 |
| Request for Scheduling Conference to Set Trial Date If No Dispositive Motions | July 21, 2025 |
| Evaluation for Settlement / ADR | April 21, 2025 |

2

DATED this 27 December 2024.

_____
Dustin B. Pead
United States Magistrate Judge