Felice John Viti, Acting U.S. Attorney (7007)
Joel A. Ferre, United States Attorney (7517)
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
E-mail: joel.ferre@usdoj.gov

Noah T. Katzen, Trial Attorney
Alisha M. Crovetto, Trial Attorney
Amanda K. Kelly, Trial Attorney
Daniel J. Petrokas, Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 305-2428
noah.t.katzen@usdoj.gov
alisha.m.crovetto@usdoj.gov
amanda.k.kelly@usdoj.gov
daniel.j.petrokas@usdoj.gov

*Attorneys for the United States of America*

Jason M. Kerr (8222)
Ronald F. Price (5535)
John P. Snow (10735)
Steven W. Garff (13707)
Alan Dunaway (13514)
PRICE PARKINSON & KERR, PLLC
5742 West Harold Gatty Drive
Salt Lake City, Utah 84116
Telephone: (801) 530-2900
E-mail: jasonkerr@ppktrial.com
E-mail: ronprice@ppktrial.com
E-mail: johnsnow@ppktrial.com
E-mail: steven.garff@ppktrial.com
E-mail: alandunaway@ppktrial.com

Evan S. Strassberg (8279)
MICHAEL BEST & FRIDRICH, LLP
2750 East Cottonwood Pkwy, Suite 560
Cottonwood Heights, Utah 84121
Telephone: (801) 833-0500
Facsimile: (801) 931-2500
E-mail: esstrassberg@michaelbest.com

Robert Housman (*admitted pro hac vice*)
BOOK HILL PARTNERS LLC
9001 Clifford Ave
Chevy Chase, MD 20815
Telephone: (202) 486-5874
E-mail: rhousman@bookhillpartners.com

*Attorneys for Defendants XLEAR, Inc, and Nathan Jones*

## UNITED STATES DISTRICT COURT DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>XLEAR, INC., a corporation and NATHAN JONES, individually and as an officer of XLEAR, INC.,<br><br>  Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:21-cv-00640-RSJ-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this case with prejudice. Each party agrees to be responsible for its own costs and fees and agrees that no party shall be responsible to any other party for any fines, costs, fees, or penalties arising from this case.

DATED this 10th day of March 2025.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

FELICE JOHN VITI
Acting United States Attorney
JOEL A. FERRE
Assistant United States Attorney

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division

2

AMANDA N. LISKAMM
Director
Consumer Protection Branch

LISA K. HSIAO
Deputy Director, Civil Litigation
Consumer Protection Branch

ZACHARY A. DIETERT
Assistant Director
Consumer Protection Branch

 /s/ Daniel J. Petrokas
DANIEL J. PETROKAS
NOAH T. KATZEN
ALISHA M. CROVETTO
AMANDA K. KELLY
Trial Attorneys
Consumer Protection Branch


FOR DEFENDANTS:

PRICE PARKINSON & KERR, PLLC

 /s/  Ronald F. Price (with permission)
Ronald F. Price
Jason M. Kerr
John P. Snow
Steven W. Garff
Alan Dunaway

Evan S. Strassberg
MICHAEL BEST & FRIDRICH, LLP

Robert Housman (*admitted pro hac vice*)
BOOK HILL PARTNERS LLC